Argued and submitted June 24, reversed and remanded for reconsideration
September 7, 1994

In the Matter of the Compensation of
Joslin A. McIntosh, Claimant.
Joslin A. McINTOSH,
*Petitioner,*

*v.*

THE OTHER WOMAN
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-12955; CA A81370)

879 P2d 910

L. Scott Lumsden argued the cause for petitioner. On the brief was Donald M. Hooton.

Alexander D. Libmann argued the cause for respondents. On the brief was James D. McVittie.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Gallino v. Courtesy Pontiac-Buick-GMC*, 124 Or App 538, 863 P2d 530 (1993).